UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LEON PERCIVAL, II**,

   Plaintiff,                               Case No. 21-cv-10233
                                               Hon. Matthew F. Leitman

v.

**DANIEL RICHARDSON, et al,**

   Defendants.

_____/

### ORDR EXTENDING DATE FOR SERVICE
### OF SUMMONS AND COMPLAINT

Due to the Court's delay in ruling on Plaintiff's request to proceed in forma pauperis, IT IS HEREBY ORDERED that the time for serving the Summons and the Complaint in this action is extended until September 28, 2021.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: June 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 28, 2021, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764