UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON PERCIVAL, II,

    Plaintiff,

v.

DANIEL RICHARDSON, *et al.*,

    Defendants.
_____/

Case No. 21-cv-10233
Hon. Matthew F. Leitman

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 8) AND (2) DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On January 21, 2021, Plaintiff Leon Percival, II filed this *pro se* civil-rights action against the Defendants. (*See* Compl., ECF No. 1.) Percival alleges, among other things, that the Defendants subjected him to excessive force and unlawfully arrested him. (*See id.*)

On June 28, 2021, the Court ordered Percival to complete and present to the Clerk's Office copies of the Complaint and summonses for each Defendant so that the United States Marshal could serve the Complaint on the Defendants. (*See* Orders, ECF Nos. 6, 7.) Percival failed to comply with those orders. Accordingly, on February 15, 2022, the Court issued an order to show cause that required Percival to show cause, in writing, by no later than March 15, 2022, "why [his] case should not

1

be dismissed for failure to prosecute" (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 8.)

Percival has failed to respond to the Show Cause Order. Nor has he complied with the Court's earlier orders to present the required documents to the Clerk of the Court for processing. Finally, Percival has not contacted the Court to ask for additional time to respond to the Court's orders. Accordingly, because Percival has failed to comply with the Court's orders, and has failed to prosecute his case, the Court (1) **VACATES** the Show Cause Order (ECF No. 8) and (2) **DISMISSES** Percival's Complaint (ECF No. 1) **WITHOUT PREJUDICE**. *See* E.D. Mich. Local Rule 41.2.

**IT IS SO ORDERED**.

> s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated: April 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2022, by electronic means and/or ordinary mail.

> s/Holly A. Ryan
> Case Manager
> (313) 234-5126